4/11/11  3:35PM

B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Champion Environmental Services, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **39-1740751** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **38 West End Drive Gilberts, IL** ZIP Code **60136** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Champion Environmental Services, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:    **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X**_____ <br>     Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Champion Environmental Services, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ SCOTT R. CLAR**
Signature of Attorney for Debtor(s)

**SCOTT R. CLAR  06183741**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**

Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number

**April 11, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Dominic Gorniak**
Signature of Authorized Individual

**Dominic Gorniak**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April 11, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Champion Environmental Services, Inc.**                                   Case No.
                                        Debtor(s)                                  Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Advanced Waste Services<br>1126 S. 70th St., Suite N408B<br>West Allis, WI 53214 | Advanced Waste Services<br>1126 S. 70th St., Suite N408B<br>West Allis, WI 53214 | | | 37,644.41 |
| Allied Waste #721 - Crestwood - Lee Coun<br>PO BOX 9001154<br>LOUISVILLE, KY 40290-1154 | Allied Waste #721 - Crestwood - Lee Coun<br>PO BOX 9001154<br>LOUISVILLE, KY 40290-1154 | | | 43,720.25 |
| Amerisafe Inc.<br>3990 Enterprise Court<br>Aurora, IL 60504 | Amerisafe Inc.<br>3990 Enterprise Court<br>Aurora, IL 60504 | | | 74,425.06 |
| Caterpillar Financial Services Corp.<br>P.O. Box 730669<br>Dallas, TX 75373-0669 | Caterpillar Financial Services Corp.<br>P.O. Box 730669<br>Dallas, TX 75373-0669 | | | 110,328.75 |
| CENTRAL LABORERS' PENSION WELFARE & ANN<br>c/o Mark Pekay<br>Chicago, IL 60602 | CENTRAL LABORERS' PENSION WELFARE & ANN<br>c/o Mark Pekay<br>Chicago, IL 60602 | | | 125,050.00 |
| CITY OF MILWAUKEE<br>809 N BROADWAY<br>MILWAUKEE, WI 53201-0324 | CITY OF MILWAUKEE<br>809 N BROADWAY<br>MILWAUKEE, WI 53201-0324 | | | 351,795.00 |
| EDWARD E GILLEN COMPANY<br>3166 S RIVER ROAD SUITE 131<br>DES PLAINES, IL 60018 | EDWARD E GILLEN COMPANY<br>3166 S RIVER ROAD SUITE 131<br>DES PLAINES, IL 60018 | | | 85,000.00 |
| Interstate Sawing<br>7403 Sleepy Hollow Road<br>West Bend, WI 53090 | Interstate Sawing<br>7403 Sleepy Hollow Road<br>West Bend, WI 53090 | | | 47,000.00 |
| KESTREL HAWK LANDFILL-Republic<br>1989 Oakes Road<br>Racine, WI 53406 | KESTREL HAWK LANDFILL-Republic<br>1989 Oakes Road<br>Racine, WI 53406 | | | 87,643.13 |
| Local 113 Laborers Fringe Benefits Funds<br>P.O. Box 684001<br>Milwaukee, WI 53268-4001 | Local 113 Laborers Fringe Benefits Funds<br>P.O. Box 684001<br>Milwaukee, WI 53268-4001 | | | 119,291.38 |

B4 (Official Form 4) (12/07) - Cont.

In re **Champion Environmental Services, Inc.**      Case No.
                               Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Local 113 Milw. Bld. Trades Benefit Fund<br>Drawer 341<br>Milwaukee, WI 53278 | Local 113 Milw. Bld. Trades Benefit Fund<br>Drawer 341<br>Milwaukee, WI 53278 | | | 78,057.67 |
| Local 139 Health Fund<br>PO Box 1079<br>Kenosha, WI 53141-1079 | Local 139 Health Fund<br>PO Box 1079<br>Kenosha, WI 53141-1079 | | | 104,673.30 |
| Local 139 Pension Fund<br>PO Box 1079<br>Kenosha, WI 53141-1079 | Local 139 Pension Fund<br>PO Box 1079<br>Kenosha, WI 53141-1079 | | | 91,398.15 |
| Local 225 Laborers Pension & Welfare<br>33367 Treasury Center<br>Chicago, IL 60694-3300 | Local 225 Laborers Pension & Welfare<br>33367 Treasury Center<br>Chicago, IL 60694-3300 | | | 308,131.63 |
| Local 225 Pension & Welfare Settlement<br>c/o Todd Lyster & Associates<br>Chicago, IL 60601 | Local 225 Pension & Welfare Settlement<br>c/o Todd Lyster & Associates<br>Chicago, IL 60601 | | | 151,562.56 |
| Local 464 Wisconsin Laborers Fringe Benefit Funds<br>Milwaukee, WI 53268-4001 | Local 464 Wisconsin Laborers Fringe Benefit Funds<br>Milwaukee, WI 53268-4001 | | | 182,490.13 |
| Local 703 Benefits<br>Welfare and Annuity Funds<br>Jacksonville, IL 62651 | Local 703 Benefits<br>Welfare and Annuity Funds<br>Jacksonville, IL 62651 | | | 36,506.40 |
| O'Leary's<br>1031 N. Cicero Avenue<br>Chicago, IL 60651 | O'Leary's<br>1031 N. Cicero Avenue<br>Chicago, IL 60651 | | | 48,024.74 |
| Waste Management IL- Countryside Landfil<br>Waste Management<br>CAROL STREAM, IL 60197-4648 | Waste Management IL- Countryside Landfil<br>Waste Management<br>CAROL STREAM, IL 60197-4648 | | | 54,458.13 |
| Wisconsin Fuel<br>5609 49th Street<br>Kenosha, WI 53144 | Wisconsin Fuel<br>5609 49th Street<br>Kenosha, WI 53144 | | | 49,546.96 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Champion Environmental Services, Inc.**          Case No. _____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 11, 2011**          Signature  **/s/ Dominic Gorniak**
                                              **Dominic Gorniak**
                                              **President**

    *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                          18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Champion Environmental Services, Inc.**                          Case No.
                                        Debtor(s)                          Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                **254**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **April 11, 2011**                      **/s/ Dominic Gorniak**
                                                **Dominic Gorniak**/**President**
                                                Signer/Title

AAA Silt Fencing
15525 S. Weber Rd, Suite 102
Lockport, IL 60441

Area Disposal Service Inc.
PO Box 9071
Peoria, IL 61612-9071

BISA
9340 S. Harlem St.
Bridgeview, IL 60455

Accu Trailer & Truck Repair, LLC
2921 W Frontage Road
Franksville, WI 53126

Ascensus-Pension Plan Management
200 Dryden Road
Dresher, PA 19025

Blackman Kallick
2796 Eagle Way
Chicago, IL 60678-1279

Acuity
2800 South Taylor Drive
Sheboygan, WI 53081

AT&T
P.O. Box 8100
Aurora, IL 60507-8100

Bluff City Materials, Inc
2252 Southwind Blvd
Bartlett, IL 60103

Advanced Waste Services
1126 S. 70th St., Suite N408B
West Allis, WI 53214

Aurora Health Care Metro
PO Box 341100
Milwaukee, WI 53234-1100

BOBCAT OF JANESVILLE
4000 Newville Road
Janesville, WI 53545

Airgas North Central
PO Box 802588
Chicago, IL 60680-2588

Aurora Medical Group
PO BOX 511340
Milwaukee, WI 53234

BREDEHORN LORNA
1332 Oak Street
Waterloo, WI 53594

Allar Unlimited
7625 Pond Road
Hartford, WI 53027

B & L Hila LLC
4409 Eureka Road
Omro, WI 54963

BT2 Inc.
2830 Dairy Dr.
Madison, WI 53718-6751

Alliance Concrete Sawing & Drilling
570 Rock Road Drive Unit N
East Dundee, IL 60118

Bear Plumbing, Heating & Electrical
833 North Lafayette
Macomb, IL 61455

Bushman Trucking LLC
2403 N 3rd St
Champaign, IL 61822

Allied Waste #721 - Crestwood - Lee Co
PO BOX 9001154
LOUISVILLE, KY 40290-1154

BERKELEY TRUCKING INC
747 S ROUTE 83
ELMHURST UIL 60126

Butters-Fetting Co.
1669 South First Street
Milwaukee, WI 53204-2999

AMERICAN SAFETY INS SERVICES INC
100 Galleria Parkway SE
Atlanta, GA 30339

Berkley Risk Administrators-IL Work Comp
PO Box 59143
Minneapolis, MN 55459-0143

C.G. Enterprises, Inc.
1112 Marshall Avenue
South Milwaukee, WI 53172

Amerisafe Inc.
3990 Enterprise Court
Aurora, IL 60504

BINDL BAUER LIMESTONE
S12318 BIG HOLLOW ROAD
SPRING GREEN, WI 53588

Cans to Go, LLC
751 W Oakland Avenue
Port Washington, WI 53074

Capital One #4725
PO Box 34631
Seattle, WA 98124-1631

Chase Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153

Commonwealth Edison
Bill Payment Center
Chicago, IL 60668-0001

Capital One #7251
PO Box 6492
Carol Stream, IL 60197-6492

CINTAS WISCONSIN
9828 S Oakwood Drive
Franklin, WI 53132

Con-Cor Company, Inc
PO Box 201
Butler, WI 53007

Carri Scharf Trucking Inc.
7 Carri Dr.
Bloomington, IL 61705

City of Janesville
P.O. Box 5005
Janesville, WI 53547-5005

Consolidated Doors
11709 W Dixon St
Milwaukee, WI 53214-1021

CAT AccessAccount
2120 West End Avenue
Nashville, TN 03720-3001

CITY OF MILWAUKEE
809 N BROADWAY
MILWAUKEE, WI 53201-0324

Cook County Collector
69 W. Washington
Chicago, IL 60602-3000

Caterpillar Financial Services Corp.
P.O. Box 730669
Dallas, TX 75373-0669

CIWIRC
736 SW Washington
Peoria, IL 61602

Cothran, Anne
41 Brentwood Dr.
Gilberts, IL 60136

Cemcom, Ltd.
2280 White Oak Circle
Auora, IL 60502-9675

Cleveland Brothers
PO Box 2535
Harrisburg, PA 17105

Cruz Francisco
3033A S. 12th St.
Milwaukee, WI 53215

CENTRAL LABORERS' PENSION WELFARE & ANN
c/o Mark Pekay
Chicago, IL 60602

CNA Surety
PO Box 802876
Chicago, IL 60680-2876

CSM Community Physicians
Drawer 78309
Milwaukee, WI 53278-0309

Century National Insurance
P.O. Box 51175
Los Angeles, CA 90051-5475

CNH Capital - Kelbe Bros. Equipment
PO Box 3900
Lancaster, PA 17604-3900

Custom Services, Inc
4675 E Fitzgerald Rd
Decatur, IL 62521

CENTURY SECURITY & COMMUNICATIONS
PO BOX 806
RACINE, WI 53401-0806

Coleman Electrical Service
311 North Street
Mansfield, IL 61854

Dawes Rigging & Crane Rental
PO Box 44080
Milwaukee, WI 63214-7080

Chartis
PO Box 10472
Newark, NJ 07193-0472

Comet Inc
N56 W12678 Silver Spring Rd
Menomonee Falls, WI 53051

Days Inn - Champaign
1019 Bloomington Road
Champaign, IL 61821

Days Inn - Green Bay
406 N. Washington St.
Green Bay, WI 54301

Emergency Medical Association
6400 Industrial Loop
Greendale, WI 53129

FRANK BROS INC
2501 MORSE ST
JANESVILLE, WI 53545

Days Inn - Macomb
1400 North Lafayette Street
Macomb, IL 61455

Environet, Inc of Wisconsin
2909 A Green Hill Court
Oshkosh, WI 54904

Future Environmental
19701 South 97th Avenue
Mokena, IL 60448

Department of the Treasury
Internal Revenue Service
Fresno, CA 93888-0045

ERMED SC
PO BOX 78012
Milwaukee, WI 53278-0012

Gavers Asphalt, Paving & Excavatin
1100 Borden Lane
Woodstock, IL 60098

DiMeo Brothers
720 Richard Lane
Elk Grove, IL 60007

Exxonmobil/GECC
P.O. Box 688938
DES MOINES, IA 50368-8938

GE Transportation Finance
PO Box 822108
Philadelphia, PA 19182-2108

Diversified Construction Services LLC
164 W. Grand Ave.
Elmhurst, IL 60126

Fabco Inc.
PO Box 259040
Madison, WI 53725-9040

Gemini Solutions, Inc.
92 Turner Ave.
Elk Grove Village, IL 60007

Doctors Hospital
P.O. Box 182143
Columbus, OH 43218-2143

FEDEX
PO Box 94515
Palatine, IL 60094-4515

Genesis Attachments LLC
24124 Network Place
Chicago, IL 60673-1241

DONOHUE & ASSOCIATES
4715 15TH STREET A
MOLINE, IL 61265

First Merit - Midwest Bank
14701 South LaGrange Rd
Orland Park, IL 60462

Genesis Occupational Health
PO Box 1246
Moline, IL 00060-1266

Eastern Iowa Petro - Allied Business
4540 Lincolnway St.
Clinton, IA 52732

FLEETMATICS
49 WALNUT PARK BLDG 2
WELLESLEY HILLS, MA 02481

Geo-Synthetics LLC
2401 Pewaukee Road
Waukesha, WI 53188

EDWARD E GILLEN COMPANY
3166 S RIVER ROAD SUITE 131
DES PLAINES, IL 60018

Foley & Lardner LLP
US Bank Center
Milwaukee, WI 53202-5306

Gilco Scaffolding Company
515 Jarvis
Des Plaines, IL 60018

Elkrun Industries
PO Box 271
Lisbon, OH 44432

Fox Valley Internet
2585 Millennium Drive
Elgin, IL 60124

Global Recovery Services
PO Box 105795
Atlanta, GA 30348-9864

Grimm Bros. Trucking
PDC/AREA Companies
Chicago, IL 60680-4120

Hunt Electric, Inc.
N57 W14502 Shawn Circle
Menomonee Falls, WI 53051-5932

Illinois Workers' Compensation Insu
Insurance Plan
Minneapolis, MN 55459-0143

HALLBERG COMM. INSURORS
120 W 22ND ST SUITE 200
OAK BROOK, IL 60523

HYGIENEERING INC
7575 PLAZA COURT
WILLOWBROOK, IL 60527

Indiana Dept of Revenue
100 N. Senate Ave.
Indianapolis, IN 46204

HARD ROCK CONCRETE CUTTERS
601 CHADDICK DRIVE
WHEELING, IL 60090

Ideal Crane Rental
4349 Acker Road
Madison, WI 53704

International Hauling & Excavating In
19464 Airport Rd
Romeoville, IL 60446

Harmon, Inc.
4161 South Morgan Street
Chicago, IL 60609-2563

IKON Financial Services - Copier
P.O. 650016
Dallas, TX 75265-0016

Interstate Pump & Tank
901 Niagara Street
Waukesha, WI 53186-3817

Hartford
P.O. Box 2907
Hartford, CT 06104-2907

IKON Financial Svs. - Plotter
PO Box 650016
Dallas, TX 75265-0016

Interstate Sawing
7403 Sleepy Hollow Road
West Bend, WI 53090

Hawk Construction, LLC
3723 Hwy 60
Slinger, WI 53086

IKON Office Solutions
P.O. Box 802815
Chicago, IL 60680-2815

J.J. Braker & Sons Inc
520 E Highland St
Morton, IL 61550

Helt Tom
5846 Baltes Road
Waunakee, WI 53597

Illini Hi-Reach Inc.
13633 Main Street
Lemont, IL 60439-3776

JackPot Portables
2614 30th Avenue
Kenosha, WI 53144

Hi-Tek Environmental
2242 West Harrison St.
Chicago, IL 60612-3766

Illinois Department of Revenue
PO BOX 19006
SPRINGFIELD, IL 62794-9006

Jani King
DBA Jani King
Rolling Meadows, IL 60008

Hinckley Spring Water Co.
P.O. Box 660579
Dallas, TX 75266-0579

Illinois Dept. of Employment Security
33 S. State St., 10th Floor
Chicago, IL 60603-2802

JJN LLC Construction
2846 A N. 1st Street
Milwaukee, WI

Homewood Disposal Service
1501 West 175th Street
Homewood, IL 60430-4608

ILLINOIS TRUCK & EQUIPMENT CO INC
320 BRISCOE DRIVE
MORRIS, IL 60450

Johnco Construction, Inc.
PO Box 469
Macinaw, IL 61755

| | | |
|---|---|---|
| JOHNSON BANK<br>PO BOX 790408<br>ST LOUIS, MO 63179-0408 | Lincoln Contractor Supply<br>PO BOX 270168<br>Milwaukee, WI 53227 | Local 140 Fringe Benefits<br>PO Box 684001<br>Milwaukee, WI 53268-4001 |
| JUST NETWORKS INC<br>PO BOX 4727<br>Chicago, IL 60680-4727 | Local 113 IAP/CA<br>PO Box 507<br>Brooklyn, WI 53008-0507 | Local 140 Vacation Fund<br>311 Main St.<br>La Crosse, WI 54602 |
| K. Hoving Recycling & Disposal, Inc.<br>2351 Powis Road<br>West Chicago, IL 60185 | Local 113 Laborers Fringe Benefits Funds<br>P.O. Box 684001<br>Milwaukee, WI 53268-4001 | Local 150 Adm. Dues<br>PO Box 94427<br>Chicago, IL 60690-4427 |
| Kasper Trucking<br>5441 Forest Hills Court<br>Loves Park, IL 61111 | Local 113 Milw. Bld. Trades Benefit Fund<br>Drawer 341<br>Milwaukee, WI 53278 | Local 150 Benefit Funds<br>IUOE Local 150<br>Chicago, IL 60675-4632 |
| Kenosha County Circuit Court<br>912 56th Street, Room 204<br>Kenosha, WI 53140 | Local 139 Adm. Dues<br>PO Box 1079<br>Kenosha, WI 53141-1079 | Local 165 Central Laborers'<br>Welfare and Annuity Funds<br>Jacksonville, IL 62651 |
| KESTREL HAWK LANDFILL-Republic<br>1989 Oakes Road<br>Racine, WI 53406 | Local 139 Health Fund<br>PO Box 1079<br>Kenosha, WI 53141-1079 | Local 165 NCIL<br>Health & Welfare Fund<br>Peoria, IL 61612 |
| King Cut<br>5400 Fieldstone Way<br>McHenry, IL 60051 | Local 139 IAP/CA<br>PO Box 507<br>Brookfield, WI 53008-0507 | Local 225 Laborers Pension & We<br>33367 Treasury Center<br>Chicago, IL 60694-3300 |
| Langhenry, Gilen, Lundquist & Johnson,LL<br>310 South County Line Road<br>Wheaton, IL 60187 | Local 139 JLMW<br>PO Box 1079<br>Kenosha, WI 53141-1079 | Local 225 Laborers Work Dues Fu<br>Department 4334<br>Carol Stream, IL 60122-4334 |
| LIBERTY MUTUAL INS GROUP<br>75 REMITTANCE DR   SUITE 1837<br>CHICAGO, IL 60675-1837 | Local 139 Pension Fund<br>PO Box 1079<br>Kenosha, WI 53141-1079 | Local 225 Pension & Welfare Settl<br>c/o Todd Lyster & Associates<br>Chicago, IL 60601 |
| Liebovich Steel & Aluminum Co<br>2116 Preston Street<br>Rockford, IL 61102 | Local 139 Skill Fund<br>PO Box 1079<br>Kenosha, WI 53141-1079 | Local 309<br>2837 7th Ave.<br>Rock Island, IL 61201 |

| | | |
|---|---|---|
| Local 309 NIC<br>Clearing Account<br>Rock Island, IL 61201 | M & V SERVICE INC<br>25602 S LINDEN AVE<br>MONEE, IL 60449 | Mike's Refrigeration & A/C Service<br>425 North Grand Avenue<br>Waukesha, WI 53186-4913 |
| Local 393 Central Laborers<br>& Annuity<br>Jacksonville, IL 62651 | MADISON EMERGENCY PHYS SC<br>PO BOX 44159<br>MADISON, WI 53744-4159 | Millennium Waste, Inc.<br>13606 Knoxville Rd.<br>Milan, IL 61264 |
| Local 393 NCI<br>Health & Welfare Fund<br>Peoria, IL 61612-9090 | Mallard Ridge Landfill- Veolia<br>W8470 St. Rd 11<br>Delevan, WI 53115 | Milwaukee High Lift<br>309 Wilmont Drive<br>Waukesha, WI 53189 |
| Local 464 Wisconsin Laborers Fringe<br>Benefit Funds<br>Milwaukee, WI 53268-4001 | McDonough County Hospital<br>PO BOX 1179<br>Macomb, IL 61455 | MJM Consulting Engineers, Inc.<br>9125 W. 174th Street<br>Tinley Park, IL 60487 |
| Local 477 Benefit Funds<br>and Annuity Funds<br>Jacksonville, IL 62651 | Menconi Terrazzo<br>1050 Entry Drive<br>Bensenville, IL 60106 | Mobile Mini Inc.<br>Accounts Receivable<br>Tempe, AZ 85283 |
| Local 703 Benefits<br>Welfare and Annuity Funds<br>Jacksonville, IL 62651 | Michael Garland Trucking<br>2711 West Townsend<br>Milwaukee, WI 53206 | Morris Hospital<br>150 West High Street<br>Morris, IL 60450 |
| Local 703 Dues<br>Check-off and Legal<br>Urbana, IL 61802-7343 | Middlesex Insurance - WI Work Comp<br>PO Box 8019<br>Stevens Point, WI 54481 | NATIONAL CONSTRUCTION RENT<br>PO BOX 4503<br>PACOIMA, CA 91333-4503 |
| Lopez, Kathy<br>12N475 Jackson Drive<br>Elgin, IL 60124 | Midwest Equipment Sales, Inc.<br>12015 38th Street<br>Kenosha, WI 53144 | National Lift Truck<br>3333 Mt. Prospect Road<br>Franklin Park, IL 60131 |
| Luise, Inc.<br>1346 S. Hannah Avenue<br>Forest Park, IL 60130 | Midwest Service Group<br>1100 S. Cline Avenue<br>Schererville, IN 46375 | Neopost Inc.<br>P.O. Box 45800<br>San Francisco, CA 94145-0800 |
| Lyster, Todd C.<br>Suite 2040<br>Chicago, IL 60601 | Mike Bushman Trucking<br>2403 N. 3rd Street<br>Champaign, IL 61822 | NERNBERG MAURICE & ASSOCI<br>MAURICE NERNBERG & NERNB<br>PITTSBURGH, PA 15222 |

Nicor
P.O. Box 0632
Aurora, IL 60507-0632

Ottawa Regional Medical Center
1614 E Norris Drive
Ottawa, IL 61350

PREMIUM ASSIGNMENT CORP
PO BOX 3100
TALLAHASSEE, FL 32315-3100

Nijman - Franzetti LLP
10 South LaSalle Street
Chicago, IL 60603

Paskin & Oberwetter - Madison Prairie
404 Glenway Street
Madison, WI 53711

Proctor First Care
1120 E War Memorial Drive
Peoria Heights, IL 61616

NORDYKE RALPH
431 Leah Lane, Apt 2A
Woodstock, IL 60098

Pats Services Inc.
P.O. Box 800
New Munster, WI 53152

Quill
PO Box 37600
Philadelphia, PA 19101-0600

Northwest Pallet Supply Company
3648 Morreim Dr.
Belvidere, IL 61008

PERI Formwork Systems, Inc.
7135 Dorsey Run Road
Elkridge, MD 21075

Randall Industries
741 S. Rte 83
Elmhurst, IL 60126-4228

O'Leary's
1031 N. Cicero Avenue
Chicago, IL 60651

Petroliance LLC
P.O. Box 636824
Cincinnati, OH 45263-6824

Republic Services - Allied Waste #
550 West Lake Strret
Melrose Park, IL 60160

O'ROURKE TERRY
1106 Cleveland
Park Ridge, IL 60068

Pomp's Tire
202 S. Sylvania Ave
Sturtevant, WI 53177

Rock River Electric, Inc.
101 Walnut Lane Suite A
Colona, IL 61214

Occupational Health Center
P.O. Box 1297
Brookfield, WI 53008-1297

Porter, Ray
562 Manistee Ave.
Calumet City, IL 60409

Rockford Ind. Welding
P.O. Box 5404
Rockford, IL 61125-0404

Office Depot Inc.
PO Box 630813
Cincinnati, OH 45263-0813

Prairie Avenue Concrete
and Terra Yard Creations
Beloit, WI 53511

ROLAND MACHINERY CO
NW 7899 PO BOX 1450
MINNEAPOLIS, MN 55485-7899

OfficeMax
75 Remittance Drive #2698
Chicago, IL 60675-2698

PRAXAIR DISTRIBUTION INC
DEPT CH 10660
PALATINE, IL 60055-0660

RSC EQUIPMENT RENTAL
PO Box 840514
Dallas, TX 75284-0514

Orthopedics Associates
P.O. Box 27
Fort Atkinson, WI 53538

Premier Plumbing LLC
1624 S. West Avenue
Waukesha, WI 53189-7478

Ruth Oil Company
PO Box 99
Wyoming, IL 61491

RYDER TRANSPORTATION SERVICES
PO BOX 96723
CHICAGO, IL 60693

South Star Trucking
PO Box 16152
Milwaukee, WI 53216

TIME SAVERS INC
725 KIMBERLY DRIVE
CAROL STREAM, IL 60188

S&R Compost
N9416 Tamarack Road
Whitewater, WI 53190

SPRINT-311120515
PO BOX 4181
CAROL STREAM, IL 60197-4181

Travelodge - Morton
101 E Ashland
Morton, IL 61550

Sawcore, Inc.
201 Sumner
Peotone, IL 60468

ST MARYS HOSPITAL MADISON
PO BOX 681090
MIKLWAUKEE, IL 53268-1090

United Healthcare
Dept CH 10151
Palatine, IL 60055-0151

Schmidt, Rupke, Tess-Mattner & Fox S.C.
17100 W. North Avenue
Brookfield, WI 53005-4436

St. Anthony Hospital
1849 Paysphere Circle
Chicago, IL 60674

United Rent-A-Fence
1500 W. Fullerton
Addison, IL 60101

Schoenberg, Finkel, Newman & Rosenberg
222 South Riverside Plaza
Chicago, IL 60606-6101

Storage Spot LLC
919 Thor Drive
Bloomington, IL 61705

UPS
Lockbox 577
Carol Stream, IL 60132-0577

Sherman Hospital
35134 Eagle Way
Chicago, IL 60678-1351

Super 8 - Dixon
1800 S. Galena Avenue
Dixon, IL 61021

VAN HOESEN INDUSTRIES INC
7N458 GARDEN AVE
ROSELLE, IL 60172-1736

Shoreline Contracting Services, Inc
9168 N. 124th Street
Milwaukee, WI 53224

SUPER 8 - LA CROSSE
1625 ROSE STREET
LA CROSSE, WI 54603

Veolia Environmental Services
W124 N9451 Boundry Road
Menomonee Falls, WI 53051

SIGNODE
800 CORPORATE WOOD PARKWAY
VERNON HILLS, IL 60061

Super 8 - Marinette
1508 Marinette Avenue
Marinette, WI 54143

Verifile
900 Circle 75 Parkway
Atlanta, GA 30339

Sleep Inn & Suites
4244 Brandywine Drive
Peoria, IL 61614

Team Fischer
PO Box 887
Brookfield, WI 53008-0887

W.L. Deckert
6353 N 64th Street
Milwaukee, WI 53218

Snook
12 Enterprise Drive
La Salle, IL 61301

Test America
602 Commerce Drive
Watertown, WI 53094

Wanasek Contractors
29606 Durand
Burlington, WI 53105

Waste Management-IL - Countryside Landfill
Waste Management
CAROL STREAM, IL 60197-4648

Wisconsin Laborers PGU Fund
Previant, Goldberg, Uelmen, et al
Milwaukee, WI 53212

Waste Management of WI-MN
W132 N10487 Grant Drive
Germantown, WI 53022

WOLFGANG SCOT
w298n2782 Locust Lane
Pewaukee, WI 53072

Waukesha Memorial Hospital
P.O. Box 1601
Waukesha, WI 53187-1601

Ziegler's Ace Hardware
215 North Spring Street
Elgin, IL 60120

WE Energies - Claims
Legal Services/Claims -P418
Milwaukee, WI 53201-9120

Zurbuchen Oil Inc.
309 Bruce Street
Verona, WI 53593

Wells Fargo Financial
Accounts Receivable
San Francisco, CA 94120-7777

Wheaton Franciscan, Inc.
Box 68-9510
Milwaukee, WI 53268-9510

WI Division of Unemployment Insurance
PO Box 7945
Madison, WI 53707-7945

WISC DEPT OF NATURAL RESOURCE
PO Box 78816
Milwaukee, WI 53278-0816

WISC Dept. of Revenue

Wisconsin Fuel
5609 49th Street
Kenosha, WI 53144